AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

EDER D. COELHO, a/k/a EDVARDO VIANA LUCAS, a/k/a a/k/a LEVAN DE CHANTAL and ABRAO A. OLIVEIRA, a/k/a ABRAAO ALVES DE OLIVEIRA, a/k/a KEVIN BRAY

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: M.J. No. 03- 1727-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 25 to September 5, 2003__ in __Middlesex__ county, in the District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

```
knowingly, and without lawful authority, possess, produce, and transfer false United
States identification documents; and did fraudulently misuse visas, permits, and other
immigration documents; and did encourage or induce an alien to come to, or reside in
the United States, knowing or recklessly disregarding the fact that such coming to,
entry, or residence was in violation of the law; and did conspire to commit the
aforementioned acts, and did commit overt acts in furtherance of that conspiracy,
```

in violation of Title __18__ United States Code, Section(s) __1028, 1546, 371, and 8 U.S.C. section 1324__.

I further state that I am a(n) __special agent, I.C.E.__ and that this complaint is based on the following
Official Title

facts:

see attached affidavit.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant
RICHARD M. DEASY

Sworn to before me and subscribed in my presence,

09-09-2003                                    at          Boston, Massachusetts
Date                                                      City and State

CHARLES B. SWARTWOOD, III
U.S. MAGISTRATE JUDGE                         _____
Name & Title of Judicial Officer                 Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**     **Category No.** II     **Investigating Agency** FBI - JTTF

**City** MALDEN     **Related Case Information:**

**County** MIDDLESEX

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** ABRAO A. OLIVEIRA     **Juvenile** ☐ Yes ☒ No

**Alias Name** ABRAAO ALVES DE OLIVEIRA; AKA KEVIN BREY

**Address** 94 JAFFREY STREET, WEYMOUTH, MA

**Birth date:** 8/4/1983   **SS#:** NONE   **Sex:** M   **Race:** Cauc./Hisp.   **Nationality:** Brazil

**Defense Counsel if known:** _____     **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Gregory T. Moffatt     **Bar Number if applicable** 559778

**Interpreter:** ☒ Yes ☐ No     **List language and/or dialect:** Brazilian Portugese

**Matter to be SEALED:** ☒ Yes ☐ No

☒ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☒ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☒ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** September 9, 2003     **Signature of AUSA:** _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Abrao A. Oliveira A/K/A Abraao Alves De Oliveira; A/K/A Kevin Brey

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §1028(a) | Production of false identification documents | N/A |
| Set 2 | 18 U.S.C. §1546 | Production of false immigration documents | N/A |
| Set 3 | 18 U.S.C. §371 | Conspiracy | N/A |
| Set 4 | 8 U.S.C. 1324(a)(1)(A)(IV) | Alien Smuggling | N/A |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

OLIVEIRA CRIMINAL CASE COVERSHEET.wpd - 3/13/02

₴JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**     **U.S. District Court - District of Massachusetts**

**Place of Offense:**   **Category No.** II   **Investigating Agency** FBI - JTTF

**City** MALDEN   **Related Case Information:**

**County** MIDDLESEX   Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   EDER D. COELHO   Juvenile   ☐ Yes   ☒ No

Alias Name   EDVARDO VIANA LUCAS, LEVAN DE CHANTEL

Address   252 Kennedy Drive, Apt. 713, Malden, MA

Birth date: 12/12/1972   SS#: NONE   Sex: M   Race: Cauc./Hisp.   Nationality: Brazil

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Gregory T. Moffatt   Bar Number if applicable   559778

Interpreter:   ☒ Yes   ☐ No   List language and/or dialect:   Brazilian Portugese

Matter to be SEALED:   ☒ Yes   ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☒ Complaint   ☐ Information   ☐ Indictment

Total # of Counts:   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony  4

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: September 9, 2003   Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    Eder D. Coelho

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §1028(a) | Production of false identification documents | N/A |
| Set 2  18 U.S.C. §1546 | Production of false immigration documents | N/A |
| Set 3  18 U.S.C. §371 | Conspiracy | N/A |
| Set 4  8 U.S.C. 1324(a)(1)(A)(IV) | Alien Smuggling | N/A |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: _____

COELHO CRIMINAL CASE COVERSHEET.wpd - 3/13/02