UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )   M.J. No. 03-1727-CBS |
| EDER D. COELHO, a/k/a | ) |
| EDVARDO VIANA LUCAS, a/k/a | ) |
| LEVAN DE CHANTAL and | ) |
| ABRAO A. OLIVEIRA, a/k/a | ) |
| ABRAAO ALVES DE OLIVEIRA a/k/a | ) |
| KEVIN BRAY, | ) |
| Defendants. | ) |

## MOTION TO UNSEAL COMPLAINT

The United States Attorney hereby respectfully moves the Court to unseal the complaint, supporting affidavit, arrest warrant, this motion and the Court's order on this motion. As grounds for this motion, the government states that Defendant Eder Coelho was arrested on September 10, 2003, and the government believes that Defendant Abrao Oliveira is aware that his arrest is being sought, and the materials no longer need to remain sealed.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

By: _____
Gregory Moffatt
Assistant U.S. Attorney
(617) 748-3370

Date: September 10, 2003