# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

Abrao A. Oliveira, a/k/a
Edvardo Viana Lucas, a/k/a
Levan De Chantal

**WARRANT FOR ARREST**

CASE NUMBER: 03-1727-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Abrao A. Oliveira_____
Name

and bring him    forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Identification document fraud, production of false immigration documents, conspiracy and alien smuggling.

in violation of Title __18__ United States Code, Section(s) __1028(a), 1546, 371 and Title 8,__
United States Code, Section 1324(a)(1)(A)(iv)

CHARLES B. SWARTWOOD, III
Name of Issuing Officer

[signature]
Signature of Issuing Officer

(By) Deputy Clerk

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

September 9, 2003, Boston, Massachusetts
Date and Location

Bail fixed at $ _____  by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY DOS
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 9/10/03

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |