## MAGISTRATE JUDGE CLERK NOTES

Magistrate Judge: Charles B. Swartwood, III

Courtroom Clerk: Roland

Case: USA v. Eder Coelho & Abrao A. Oliveira

AUSA: Moffett

PTSO/PO:

Date: September 15, 2003

Tape Number: 03-58  Time In Court: 15 min

Case Number: 03-1727- CBS

Defense Counsel: Norris, McBride (not present)

Interpreter: Andrade   Language:

## TYPE OF HEARING

[ ] **Initial Appearance**
[ ] Arrested:   [ ] on warrant   [ ] on probable cause
[ ] Defendant Sworn
[ ] Advised of Charges
[ ] Advised of Rights
[ ] Requests Appointment of Counsel
[ ] Will Retain Counsel
[ ] Court Orders Counsel be Appointed
[ ] Government Requests Detention & Continuance

[ ] **Arraignment**
[ ] Defendant Waived Reading of Indictment
[ ] Defendant Pleads Not Guilty to Counts_____
[ ] **Removal Hearing/Rule 40**
[ ] Defendant Waives Identity Hearing
[ ] Defendant Ordered Removed to Charging District. Order to Issue.
[ ] Defendant Released, Conditions Remain/ Modified/Set
[ ] Identity Established

[X] **Preliminary Examination (Rule 5 or Rule 32.1)**
[ ] Probable Cause Found
[ ] Identity Established
[ ] Defendant Waives Identity Hearing
[ ] Defendant Waives Preliminary Examination

[ ] **Bail Hearing**
[ ] Bail Revoked, Defendant Ordered Detained
[ ] Defendant Released, Conditions Remain/Modified
[ ] Defendant Released on _____ with Conditions
-

[X] **Detention Hearing**
[ ] Defendant Requests a Continuance
[ ] Defendant Consents to Voluntary Detention
[ ] Defendant Detained, Order to Issue
[ ] Defendant Released on _____ with conditions
[ ] Detention Taken Under Advisement

[ ] **Preliminary Probation Revocation Hearing**
[ ] Defendant Ordered Detained
[ ] Defendant Released

[ ] **Miscellaneous Hearings**
[ ] Attorney Appointment Hearing
[ ] Change of Plea (Rule 11) Hearing
[ ] Material Witness Hearing
[ ] Motion Hearing
[ ] Status Conference
[ ] Other _____

## CONTINUED PROCEEDINGS

P/C & Detention    set for 9/17/03 at 2:30 P.M.

## REMARKS

Case called, Counsel and defendants appear for Detention/Probable Cause hearing, Case continued for P/C and Detention