UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

VS.

EDER D. COELHO a/k/a

03CR – 1727 CBS

MOTION FOR AUTHORITY TO EXPEND FUNDS
FOR AN INTERPRETER

Now comes Melvin Norris Court Appointed Attorney for the Defendant, Eder D. Coelho, a/k/a, and moves this Honorable Court for authority pursuant to the CJA to expend $500.00 for service for an interpreter and assigns as reason therefor that the Defendant speaks Portuguese and Counsel does not speak Portugese and an interpreter is required to prepare the case.

Respectfully Submitted

Melvin Norris
260 Boston Post Rd. Suite 9
Wayland, MA. 01778
Tel. 508 358 3305
BBO # 373900

September 17, 2003