| Standard Form 1034 Revised October 1987 Department of the Treasury 1 TFM 4-2000 1034-122 | PUBLIC VOUCHER FOR PURCHASES AND SERVICES OTHER THAN PERSONAL | | VOUCHER NO. |
|---|---|---|---|
| U.S. DEPARTMENT, BUREAU, OR ESTABLISHMENT AND LOCATION U.S. District Court Clerk's Office 1 Courthouse Way Suite 2300 Boston, MA 02210 | DATE VOUCHER PREPARED 1/22/2004 | SCHEDULE NO. | |
| | CONTRACT NUMBER AND DATE | PAID BY | |
| | REQUISITION NUMBER AND DATE | | |

PAYEE'S NAME AND ADDRESS: CLAUDIA DUTRA
15 OAKLAND STREET
NEWBURYPORT, MA 0195

S.S. Number: 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

PHONE (978) 255-1154

DATE INVOICE RECEIVED:
DISCOUNT TERMS:
PAYEE'S ACCOUNT NUMBER:

| SHIPPED FROM | TO | | WEIGHT | GOVERNMENT B/L NUMBER | |
|---|---|---|---|---|---|
| Date of Service | ARTICLES OR SERVICES | QUANTITY | UNIT PRICE COST / PER | AMOUNT | |
| 1/22/04 | Language: PORTUGUESE  1/2 Day ✓  Full Day___  Multiple Days___  Type Of Proceeding: RULE 11 HEARING  Defendant: EYER COELHO / ABRAHAO OLIVEIRA  Case Number: CR03-10376  Judge: SARIS  Certified ✓  Prof Qualified___  Lang Skilled___ | 1/2  80  1  1 | $178.00 / 1/2 Day  .375 / mile  7.00 / Parking  2.00 / Tobin Bridge | $178.00  30.00  7.00  2.00 | |
| (Use continuation sheet(s) if necessary) | (Payee must NOT use the space below) | | TOTAL | 217.00 | |

| PAYMENT: | APPROVED FOR = $ | EXCHANGE RATE =$1.00 | DIFFERENCES | |
|---|---|---|---|---|
| ☐ PROVISIONAL  ☐ COMPLETE  ☐ PARTIAL  ☐ FINAL  ☐ PROGRESS  ☐ ADVANCE | By 2 /s/ Patti B. Saris  TITLE (USDJ) | | Amount verified; correct for (Signature or initials) | |

Pursuant to authority vested in me, I certify that this voucher is correct and proper for payment.

_____ (Date)  (Authorized Certifying Officer) 2  _____ (Title)

ACCOUNTING CLASSIFICATION

092000-DXXBBCX-D01MAXC-2523

INTERPRETER RATES:   EFFECTIVE APRIL 1, 2003
Certified and Professionally Skilled - Full Day: $329 / Half Day: $178   OVERTIME $49 per hour or part thereof
Language Skilled (Non-Certified) - Full Day: $156 / Half Day: $86 ** Mileage Rate: .36   Mileage .375 (effective 1/1/04)

| CHECK NUMBER | ON ACCOUNT OF U.S. TREASURY | CHECK NUMBER | ON (Name of bank) | |
|---|---|---|---|---|
| CASH $ | DATE | PAYEE3 | PER | |
| | | | TITLE | |

1 When stated in foreign currency, insert name of currency.
2 If the ability to certify and authority to approve are combined in one person, one signature only is necessary, otherwise the approving officer will sign in the space provided, over his official title
3 When a voucher is receipted in the name of a company or corporation, the name of the person writing the company or corporate name, as well as the capacity in which he signs, must appear. For example: "John Doe Company, per John Smith, Secretary", or "Treasurer", as the case may be.

Previous edition usable

PRIVACY ACT STATEMENT
The information requested on this form is required under the provisions of 31 U.S.C. 82b and 82c for the purpose of disbursing Federal money.
The information requested is to identify the particular creditor and the amounts to be paid. Failure to furnish this information will hinder discharge of the payment obligation.