UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.   03-10376-PBS

v.

EDER COELHO

### NOTICE OF RESCHEDULED SENTENCING

SARIS, U.S.D.J.                                                                                               April 28, 2004

    At the request of the U.S. Probation Office, the Sentencing previously scheduled for April 28, 2004, has been **rescheduled** to **June 21, 2004, at 2:00 p.m.**

By the Court,

  /s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel

resched.ntc