UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>) Crim. No. 03-10376-PBS<br>EDER D. COELHO, a/k/a )<br>EDVARDO VIANA LUCAS, a/k/a )   F I L E D<br>LEVAN DE CHANTAL and )   In Open Court<br>ABRAO A. OLIVEIRA, a/k/a )   USDC, Mass.<br>ABRAAO ALVES DE OLIVEIRA a/k/a)  Date 6-21-04<br>KEVIN BRAY, )   By_____<br>    Defendants. )   Deputy Clerk | |

GOVERNMENT'S MOTION PURSUANT TO U.S.S.G. §3E1.1
(EDER D. COELHO)

The United States, by and through Michael J. Sullivan, United States Attorney, and the undersigned Assistant United States Attorney, hereby moves, pursuant to section 3E1.1(b) of the United States Sentencing Guidelines, that in addition to finding that Defendant Eder D. Coelho has accepted responsibility for his conduct, the Court further reduce Defendant's Guidelines Total Offense Level by a third point. In support therefor, the government states that Defendant has assisted authorities in the prosecution of his case by giving timely notification of his intention to enter a guilty plea, thereby permitting the government and the Court to allocate their resources efficiently.

                                Respectfully submitted,
                                MICHAEL J. SULLIVAN
                       By:
                                Gregory Moffatt
                                Assistant U.S. Attorney
                                617-748-3370

DATED:    June 21, 2004

*[Handwritten margin notes: "Pair PS Saris", "Paper PS Saris", "6/31/04 Collected d.", "6/31/04"]*

**CERTIFICATE OF SERVICE**

    I, Gregory Moffatt, do hereby certify that I served a copy of the foregoing pleading by hand-delivery on January 20, 2004 on counsel for defendant Eder D. Coelho, Melvin Norris, Esq., 260 Boston Post Road, Suite 9, Wayland, Massachusetts, 01778, by hand-delivery this 21st day of June 2004.

_____
GREGORY MOFFATT
Assistant U.S. Attorney